**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MELINDA MORALES,

  Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

  Defendant.

CASE NO.: 6:24-cv-01856-PGB-RMN

_____/

**<ins>NOTICE OF SETTLEMENT AS TO DEFENDANT,</ins>**
**<ins>EXPERIAN INFORMATION SOLUTIONS, INC.</ins>**

COMES NOW Plaintiff, MELINDA MORALES, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 10th day of April, 2025.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Ste 610
Tampa, Fl 33602

1

Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 10th day of April, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
The Consumer Lawyers PLLC
*Attorney for Plaintiff*