## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MELINDA MORALES,**

      **Plaintiff,**

**v.**                      **Case No: 6:24-cv-01856-PGB-RMN**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

      **Defendant.**

                             /

### ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed April 18, 2025. (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 21, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties